IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 19-cv-02781-RBJ | Date: September 25, 2020 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| SU ZHOU<br>**Plaintiff**<br><br>v.<br><br>SECURITY LIFE OF DENVER INSURANCE COMPANY<br>VOYA FINANCIAL INC<br>**Defendants** | *Frank Balint*<br><br><br><br>*David McDowell* |

## COURTROOM MINUTES

**TELEPHONE ORAL ARGUMENT**

Court in Session: 1:30 p.m.

Appearance of counsel – all participants present vial telephone.

The Court outlines its understanding of the case and the pending motion.

Argument given on pending motions.

**ORDERED:  [38] Motion for Partial Summary Judgment and [40] Motion for Summary Judgment are TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess: 2:21 p.m.          Hearing concluded.          Total time in Court: 00:51